UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| BILLY G. BRAY, | § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. 1:19-cv-4087-RLY-MJD |
| YOUNG AMERICA AUTO, | § § § § | |
| Defendant. | § § | |

### ORDER

ON THIS DATE came on to be considered an Agreed Motion to Dismiss the above-referenced cause. After considering the agreement of the parties, the Court finds that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff Billy G. Bray take nothing from Defendant Fred Loya Insurance Agency, Inc. dba Young America Auto, and that this cause be and is hereby dismissed with prejudice to the rights of Plaintiff Billy G. Bray to re-file, and that all costs of this proceeding be taxed against the party incurring same.

SO ORDRED this 6th day April, 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record